■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER SHARP, Appellant. [967 NYS2d 864]—Motion for reargument denied. Present—Smith, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.

■ JOSEPH C. HALE, Appellant, v MEADOWOOD FARMS OF CAZENOVIA, LLC, et al., Respondents. (Appeal No. 1.) [967 NYS2d 864]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLIFFORD GRAHAM, Appellant. [967 NYS2d 864]—Motion for writ of error coram nobis denied. Present—Centra, J.P., Fahey, Carni and Whalen, JJ.